HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>RIGOBERTO FARIAS-CONTRERAS, ET AL.<br><br>　　　Defendants. | No.　CR09-5452 RJB<br><br>ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

HAVING REVIEWED the court file and pleadings on this matter, this Court HEREBY ORDERS: Zenon Peter Olbertz is permitted to withdraw as counsel, and Glenn K. Carpenter, Jr., is substituted as counsel of record in the above-referenced matter.

DATED this 10th day of December 2009.

　　　　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

s/Glenn K. Carpenter, Jr.
Glenn K. Carpenter, Jr., WSBA #18301
Attorney for Rigoberto Farias-Contreras

CERTIFICATE OF SERVICE

**ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**　　　Page 1　　　**Glenn K. Carpenter, Jr., P.S.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　24730 36th Avenue S.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kent, Washington 98032
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (253) 839-8449
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　gcarpenter@gkcarpenter.com

I, Glenn K. Carpenter, Jr., hereby certify that on December 10th, 2009 I electronically filed the foregoing ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel.

S/ Glenn K. Carpenter, Jr.
Glenn K. Carpenter, Jr., WSBA #18301
Attorney for Defendant (Substituting)
Law Office Of Glenn K. Carpenter, Jr., P.S.
24730 – 36th Avenue S.
Kent, WA 98032
Telephone (253) 839-8449
FAX (253) 839-8486
gcarpenter@gkcarpenter.com

**ORDER ALLOWING WITHDRAWAL**     Page 2     **Glenn K. Carpenter, Jr., P.S.**
**AND SUBSTITUTION OF COUNSEL**
24730 36th Avenue S.
Kent, Washington 98032
Tel: (253) 839-8449
gcarpenter@gkcarpenter.com